IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: 09-po-00022-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN C. GEORGE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   November 16, 2009

    The Court, after review of the Joint Report, sets this matter for a Sentencing Hearing on January 11, 2010 at 1:00 p.m.